UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,
              Plaintiff,

-against-                             NOTICE OF APPEARANCE

YUSEF GREEN                           07 M. 1311
              Defendant.
-------------------------------------------------X

TO:   THE CLERK
        SOUTHERN DISTRICT OF NEW YORK

SIR:   You are hereby notified that I, together with Valerie Van-Leer Greenberg, Esq. as co-counsel appear for the Defendant YUSEF GREEN in the above--captioned action.

We are appearing in this action as retained co-counsel.  I was admitted to practice in this Court on November 17, 1988.  Ms Van-Leer Greenberg was admitted to practice in this Court on February 28, 1978.

We do hereby certify that we have filed or will file a certificate of good standing from the New York State Court, Second Department, pursuant to Criminal Rule 1 of the local rules for the Southern and Eastern Districts of New York.

Dated:  New York, New York
           October 12, 2007

| | |
|---|---|
| JOYCE C. LONDON | VALERIE VAN-LEER GREENBERG |
| Attorney for Defendant | Attorney for Defendant |
| YUSEF GREEN | YUSEF GREEN |
| 20 Vesey Street, Suite 400 | 132 Nassau Street, 2d Floor |
| New York, New York 10007 | New York, NY 10038 |
| 212) 964-3700 | |

cc:   AUSA Thomas Brown (By Fax: 212: 637-2239)
       Paul Heinrich, Esq. (By Fax: 718: 588-4716 )